893 A.2d 68

Robert BENCHOFF, Appellant

v.

Thomas CORBETT, Jr., Attorney General of Pennsylvania,
Pennsylvania Department of Corrections and the Pennsylvania Board of Probation and Parole, Appellees.

Supreme Court of Pennsylvania.

Feb. 21, 2006.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of February, 2006, the order of the Commonwealth Court is affirmed.

Justice BALDWIN did not participate in the consideration or decision of this case.